## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | No. IP 03-134-CR-T/F |
| ) | 1:05-cv-1649-JDT-TAB |
| DONALD HUDGINS, ) | |
| ) | |
| Defendant. ) | |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendant take nothing by his motion for relief pursuant to 28 U.S.C. § 2255, and the civil action docketed as No. 1:05-cv-1649-JDT-TAB is **dismissed with prejudice.**

Date: _____   _____

Laura Briggs, Clerk  
United States District Court

John Daniel Tinder, Judge  
United States District Court

_____  
By: Deputy Clerk

Copies to:

Office of the United States Attorney  
10 West Market Street   Suite 2100  
Indianapolis, IN   46204-3048

Donald Hudgins  
Reg. No. 07271-028  
United States Penitentiary  
P.O. Box 33  
Terre Haute, IN 47808